1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11   PETER STROJNIK, SR.,                ) Case No.: 1:19-cv-01098-LJO-JLT
                                         )
12              Plaintiff,               ) ORDER DENYING PLAINTIFF'S MOTION FOR
                                         ) PERMISSION FOR ELECTRONIC CASE FILING
13          v.                           )
                                         ) (Doc. 7)
14   BAKERSFIELD CONVENTION HOTEL I,     )
     LLC,                                )
15              Defendant.               )
                                         )
16   _____)

17

18          Plaintiff seeks the Court's permission to file documents electronically through the electronic

19   case filing system.  (Doc. 7.)  He adds that he agrees to abide by the requirements of the electronic

20   filing system, and that he has the necessary equipment, such as a computer with internet access, a

21   scanner, a printer, and word processing and pdf converter software.  (Doc. 7 at 1.)  Pursuant to the

22   Local Rules, a pro se party shall file and serve paper documents as required by the Rules.  Local Rule

23   133(a).  A party appearing pro se may request an exception to the paper filing requirement from the

24   court by filing a stipulation of the parties or by motion.  Local Rule 133(b)(2), (3).

25   ///

26   ///

27   ///

28   ///

Upon review of the pleadings in this action and the instant motion, the Court finds that this action does not warrant an exception to the Local Rules.  See Reddy v. Precyse Solutions LLC, 2013 U.S. Dist. LEXIS 82193, at *7-9 (E.D. Cal. June 11, 2013).  Accordingly, plaintiff's motion for permission for electronic case filing is DENIED.

IT IS SO ORDERED.

Dated:   **September 17, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE