# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK SR., | ) Case No.: 1:19-cv-01098 LJO JLT |
| Plaintiff, | ) ORDER CONTINUING THE SCHEDULING |
| v. | ) CONFERENCE |
| BAKERSFIELD CONVENTION HOTEL I, LLC DBA BAKERSFIELD MARRIOTT AT THE CONVENTION CENTER, | ) |
| Defendant. | ) |

The Court has under submission the motion of the defendants to dismiss the action for lack of standing (Doc. 9). Therefore, the Court **ORDERS**:

1. The scheduling conference is **CONTINUED** to **February 18, 2020** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 6, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1